UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Joseph McInerney<br><br><br><br>Debtor(s)<br>U.S. Small Business Administration, as Receiver for Cardinal Growth, L.P.<br>Plaintiff(s)<br>Joseph McInerney<br><br>Defendant(s) | BK No.: 17-27046<br><br>Chapter: 7<br><br>Honorable Timothy A. Barnes<br><br><br>Adv. No.: 18-00057 |

## ORDER DISMISSING ADVERSARY PROCEEDING PURSUANT TO RULE 7041

This matter comes before the Court on the Agreed Motion for Entry of An Order Dismissing Adversary Proceeding Pursuant to Rule 7041 and for Further Relief Related to the Settlement of Such Proceeding, and the Court having been fully advised,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted as set forth herein.

2. The adversary proceeding captioned U.S. Small Business Administration, as Receiver for Cardinal Growth, L.P. v. McInerney, Case No. 18-AP-00057, is hereby dismissed, with prejudice, pursuant to Fed.R.Bankr.P. 7041.

3. All parties to such adversary proceeding are to bear their own costs and fees.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: 0 3 DEC 2019

**Prepared by:**
Thomas A. Smith
Senak Keegan Gleason & Smith, Ltd.
566 W. Adams Street / Suite 750
Chicago, IL   60661
312-214-1400

Rev: 20170308_apo